UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAURICE ANTHONY BROWN,

    Petitioner,

v.

KING COUNTY SUPERIOR COURT,

    Respondent.

CASE NO. 2:22-CV-761-LK-DWC

ORDER GRANTING SECOND REQUEST FOR EXTENSION

    The District Court has referred this action to United States Magistrate Judge David W. Christel. This matter is before the Court on plaintiff's second motion for an extension of time to respond to the Court's Order to Correct Deficiency (Dkt. 8). Dkt. 13.

    The Court previously issued the Order to Correct Deficiency, noting petitioner's initial filing was missing every other page and failed to name the correct respondent. Dkt. 8. Plaintiff filed a motion for a one-year extension to respond, citing a lack of access to his prison's law library due to Covid-19 lockdowns. Dkt. 9. The Court granted petitioner's motion in part, granting a 45-day extension and noting the deficiencies identified in the Order to Correct Deficiency should be capable of ready correction and would not need an extensive period of

| | |
|---|---|
| 1 | time. Dkt. 10. Petitioner now contends he has been transferred to a different facility and has had |
| 2 | difficulty accessing his legal documents. Dkt. 13. The Court construes petitioner's filing as |
| 3 | seeking an additional extension of unspecified duration. |
| 4 | The Court finds good cause exists for an additional extension. Petitioner's motion is |
| 5 | therefore GRANTED. The Court grants petitioner an additional 60 days, until **December 2, 2022** |
| 6 | to respond to the Court's Order to Correct Deficiency. |
| 7 | Dated this 28th day of September, 2022. |

_/s/ David W. Christel_
David W. Christel
United States Magistrate Judge

EXTENSION - 2