UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MAURICE ANTHONY BROWN,<br><br>                    Petitioner,<br><br>        v.<br><br>KING COUNTY SUPERIOR COURT,<br><br>                    Respondent. | CASE NO. 2:22-CV-761-LK-DWC<br><br>ORDER DIRECTING PLAINTIFF TO FILE AMENDED PETITION |

The District Court referred this action to United States Magistrate Judge David W. Christel. On June 1, 2022, Petitioner Maurice Anthony Brown, proceeding *pro se* and *in forma pauperis*, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. *See* Dkt. 1.

After screening the Petition pursuant to Rule 4 of the Rules Governing § 2254 cases, the Court concluded the Petition did not comply with the Rules Governing Section 2254 Cases. Dkt. 8. Specifically, the Court found the Petition was incomplete because it was missing every other page and the Petition failed to state the officer who has custody over Petitioner. *Id*. The Court ordered Petitioner to file an amended petition correcting the identified deficiencies on or before August 19, 2022. *Id*.

The Court granted Petitioner two extensions of time, extending the deadline to file the amended petition to December 2, 2022. *See* Dkts. 9, 10, 13, 14. On September 29, 2022, the day after the Court extended the deadline to file the amended petition, Petitioner filed a motion for discretionary review, which does not respond to the Court's Order. *See* Dkt. 15. Petitioner has not filed any documents with the Court since September 29, 2022.

As it is unclear if Petitioner intended the motion for discretionary review to respond to the Court's Order, the Court will provide Petitioner with one additional opportunity to file an amended petition. Petitioner shall re-file a complete petition, naming a proper respondent, on or before **January 31, 2023**. If petitioner fails to file a complete petition or to respond to this Order, the undersigned will recommend dismissal of this action without prejudice. The Court will not grant any additional extensions of time.

To the extent Petitioner is seeking relief in the "motion for discretionary review," the motion is denied as Petitioner has not filed a servable petition.

The Clerk is directed to provide petitioner with the forms for filing a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254.

Dated this 9th day of January, 2023.

David W. Christel
United States Magistrate Judge

ORDER DIRECTING PLAINTIFF TO FILE
AMENDED PETITION - 2