UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAURICE ANTHONY BROWN,

    Petitioner,

v.

KING COUNTY SUPERIOR COURT,

    Respondent.

CASE NO. 2:22-CV-761-LK-DWC

REPORT AND RECOMMENDATION

Noting Date: March 31, 2023

    The District Court referred this action to United States Magistrate Judge David W. Christel. On June 1, 2022, Petitioner Maurice Anthony Brown, proceeding *pro se* and *in forma pauperis*, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254. *See* Dkt. 1. As Petitioner has failed to file an amended petition correcting deficiencies and failed to keep the Court advised of his current address, the Court recommends dismissing this action without prejudice.

    After screening the Petition pursuant to Rule 4 of the Rules Governing § 2254 cases, the Court concluded the Petition did not comply with the Rules Governing Section 2254 Cases. Dkt. 8. Specifically, the Court found the Petition was incomplete because it was missing every other page and the Petition failed to state the officer who has custody over Petitioner. *Id*. The Court ordered Petitioner to file an amended petition correcting the identified deficiencies on or before August 19, 2022. *Id*. The Court warned Petitioner that if he failed to adequately respond to the Court's Order, the Court would recommend dismissal of this action. *Id*. at 2.

The Court granted Petitioner two extensions of time, extending the deadline to file the amended petition to December 2, 2022. *See* Dkts. 9, 10, 13, 14. On September 29, 2022, the day after the Court extended the deadline to file the amended petition, Petitioner filed a motion for discretionary review, which does not respond to the Court's Order. *See* Dkt. 15. On January 9, 2023, the Court issued an order providing Petitioner one additional opportunity to file an amended petition; the court warned if an amended petition was not filed on or before January 31, 2023, the Court would recommend dismissal of this action. Dkt. 16. Petitioner has not filed any documents with the Court since September 29, 2022.

On January 9, 2023, the Court's order directing Petitioner to file an amended petition was returned as undeliverable. Dkt. 17. Petitioner has not provided the Court with his current address as required by LCR 41(b)(2) and more than 60 days have passed since the mail was returned.

Petitioner has failed to comply with the Court's Orders. He has not adequately responded to the Court's Order and has not filed an amended petition to correct the deficiencies contained within the Petition. Additionally, Petitioner has not provided the Court with his current address. As Petitioner has failed to respond to the Court's Order and prosecute this case and as Petitioner has not provided a servable petition, the Court recommends this case be dismissed without prejudice. Based on the foregoing, the Court also recommends a certificate of appealability be denied.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v.*

1  *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit

2  imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on

3  March 31, 2023, as noted in the caption.

4      Dated this 14th day of March, 2023.

/s/ David W. Christel
David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3